| | |
|---|---|
| Timothy J. Coleman, WSBA 43482<br>tcoleman@sussmanshank.com<br>SUSSMAN SHANK LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR  97205-3089<br>Telephone: (503) 227-1111<br>Facsimile: (503) 248-0130<br>     Attorney for Tenalica, Inc. | Honorable Robert J. Bryan |

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JOSE VELEZ,<br><br>     Plaintiff,<br><br>v.<br><br>SUNS CORPORATION, TENALICA INC., KIM GILLIGAN, DOES 1-10, INCLUSIVE.<br><br>     Defendant(s). | Case No. 3:19-cv-06070-RJB<br><br>STIPULATED LIMITED JUDGMENT RE: DEFENDANT TENELICA, INC. |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and based on the settlement reached between plaintiff Jose Velez and Tenalica, Inc. and the stipulation of the parties below, it is hereby

ORDERED that the above-referenced matter is dismissed as to defendant Tenalica, Inc. only, with prejudice and without attorney fees or costs to either party to this stipulation.

IT IS SO STIPULATED:

| | |
|---|---|
| S /<br>_____<br>Timothy J. Coleman, WSBA No. 43482<br>tcoleman@sussmanshanl.com<br>     Attorney for Tenalica, Inc. | S /<br>_____<br>Jose Velez, Pro se<br>jvelez2@protonmail.com |

STIPULATED LIMITED JUDGMENT RE:  DEFENDANT TENELICA, INC. – Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130

1   DATED this 7th day of February, 2020.

2

3   _____

4   ROBERT J. BRYAN
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED LIMITED JUDGMENT RE: DEFENDANT
TENELICA, INC. – Page 2

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130